**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 101 MAL 2019

          Respondent          :

                                    :   Petition for Allowance of Appeal from

           v.                      :   the Order of the Superior Court

BRIAN S. GLADWIN,                :

          Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.